Gerald J. Di Chiara

Attorney at Law
585 Stewart Avenue, L-16
Garden City, New York 11530
(212)679-1958

Laura Di Chiara, Esq.

April 16, 2021

Honorable Judge Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:    U.S. v. Peter Di Quarto
17 Cr. 243 (SHS)

Dear Judge Stein,

It is respectfully requested that the sentencing of Peter Di Quarto, scheduled for May 27, 2021, be adjourned for approximately 60 days. This request is submitted to allow sufficient time to resolve several outstanding sentencing issues and for Mr. Di Quarto the needed time to complete the filing of his Federal tax returns from 2008 through 2016, as agreed with the Government.

I have spoken to and discussed this matter with Assistant United States Attorney Kirsten Fletcher and the Government consents to this request.

Sincerely,

/s/ Gerald J. Di Chiara

So Ordered:

--------------------------
Judge Sidney H. Stein