UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -v- | : | ORDER |
| PETER DIQUARTO, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The parties having requested a sentencing date,

IT IS HEREBY ORDERED that:

1. The defendant's sentencing submission is due on or before October 12, 2022;

2. The government's submission is due on or before October 19, 2022; and

3. The sentencing of defendant shall take place on October 27, 2022, at 11:00 a.m.

Dated: New York, New York
       July 19, 2022

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.