UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -v- | : | ORDER |
| WILLIAM SINCLAIR, JASON SAGER, and PETER DIQUARTO, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that the sentencing dates for the above defendants are adjourned as follows:

>William Sinclair – November 1 at 4:30 p.m.
>Jason Sager – November 1 at 5:00 p.m.
>Peter Diquarto – November 7 at 2:30 p.m.

Dated: New York, New York
October 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.